### YARBROUGH v. STATE.

No. 26778.

Court of Criminal Appeals of Texas.

Jan. 20, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted as a third offender for violating the liquor law in Smith County, a dry area, and her penalty was assessed at a fine of $1500.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be regular.

The judgment of the trial court is therefore affirmed.